UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTHONY QUINN MARENO, | § | |
| | § | |
|     Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-21 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
|     Respondent. | § | |

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed on January 16, 2014, by a state prisoner incarcerated at the McConnell Unit in Beeville, Texas, which is located in Bee County. (DE 1). In his complaint, Plaintiff challenges his conviction and his sentence. (DE 1).

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); *Wadsworth v. Johnson*, 235 F.3d 959 (5th Cir. 2000). Petitioner's place of incarceration is in the Corpus Christi Division of the Southern District of Texas, 28 U.S.C. § 124(b)(6), and he was convicted by a court located in Brazoria County in the Galveston Division of the Southern District of Texas. 28 U.S.C. § 124(a)(1).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §§ 1404(a) and 1406(a). A habeas application may be transferred in furtherance of justice to the district court within which the state court was held which convicted and sentenced the petitioner. 28 U.S.C. § 2241(d). Because

petitioner was convicted in Brazoria County, it is more convenient and would further the interests of justice for this action to be handled in the Galveston Division of the Southern District of Texas. The records of his conviction and the prosecutor and defense lawyers are all located in the Galveston Division of the Southern District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Southern District of Texas, Galveston Division. All pending motions are denied as moot and are subject to renewal after the case is transferred.

ORDERED this 22nd day of January, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE